# UNITED STATES BANKRUPTCY COURT
## Middle District of Georgia (Athens)

In re: Clara Ella Montgomery

Case No: 15-31034-JPS

Chapter: 13

Last four digits of any number you use to identify the debtor's account: 0837

Court Claim No. (if known): 1

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002.1

**CitiFinancial Servicing LLC**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated 09/19/2017 and filed as Docket No. 23

### Prepetition Default Payments
*Applicable option is checked*

☑ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim.

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure Prepetition arrears is:
Total Amount Due:

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the Prepetition amounts that remain unpaid as of the date of this statement.

### Postpetition Default Payments
*Applicable option is checked*

☑ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☐ Disagrees that the Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure Postpetition arrears is:
Total Amount Due:

Attached as Schedule of Amounts Outstanding Postpetition Claim is an itemized account of the Postpetition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Date: 09/21/2017

Signature: /s/Jennifer Puckett
Title: Bankruptcy Specialist III
Company: CitiFinancial, Inc.
Address: PO Box 6043
Sioux Falls, SD  57117
Phone: 888-701-6280
Email: CitiBKAudit@citi.com

**Case No:** 15-31034-JPS

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Prepetition Claim**

| Payment Description | Payment Date | Payment Amount |
|---|---|---|
| | | |

**Case No:** 15-31034-JPS

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Postpetition Claim***

| Payment Description | Payment Date | Payment Amount |
|---|---|---|
| | | |

**\*\*\*Comments\*\*\***

(Service Release - *Please note that the account listed above is no longer serviced by Citifinancial servicing LLC, the new servicer is Carrington and the loan was service released on 08/08/2017)

Case No: 15-31034-JPS

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 09/21/2017

Chapter 13 Trustee: Camille Hope
Trustee Address: Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA 31202

Debtor's Counsel Name: Darrell L. Burrow
Debtor's Counsel Address: Burrow & Associates, LLC
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, GA 30097

Debtor 1 Name: Clara Ella Montgomery
Debtor 2 Name:
Debtor's Mailing Address: 1493 Mt Hebron Rd
Hartwell, GA 30643

Signature: /s/Jennifer Puckett
Title: Bankruptcy Specialist III
Company: CitiFinancial, Inc.
Address: PO Box 6043
Sioux Falls, SD 57117
Phone: 888-701-6280
Email: CitiBKAudit@citi.com